EDWIN B. SALISBURY, Respondent, *v.* BENJAMIN J. SLADE, Appellant, et al., Respondents.

Reported below, 22 App. Div. 346.

(Argued February 28, 1898; decided March 8, 1898.)

MOTION to dismiss an appeal, by certification, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 11, 1897, affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

This was an action of partition. The question certified was "Whether at the time of the commencement of this action the plaintiff had any estate in the lands described in the complaint."

The motion was made upon the grounds :

That the decision of the Appellate Division was unanimous; that no question of law is presented for review by the Court of Appeals; that the appeal is frivolous; that the question certified is not involved in the action and that the notice of appeal was not valid, not being signed by the attorneys of record.

*Thos. O' Conner* for motion.

*C. S. & C. C. Lester* opposed.

Motion denied, with ten dollars costs.

All concur, except GRAY, J., absent.